JAMES C. McPHERSON, Respondent, v. JOHN E. ANDRUS, Appellant.— Judgment and order of the City Court of Yonkers affirmed by default, with costs. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

WALLACE T. NICKERSON, Respondent, v. ELECTRO SILICON COMPANY, Appellant.— Judgment and order reversed on reargument and new trial granted, costs to abide the event, on the ground that the jury's verdict that plaintiff's negligence did not contribute to the injury is contrary to the evidence. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred. (See 173 App. Div. 953.)

SOPHIA NIEDJIALKOWSKI, an Infant, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Stapleton, Mills, and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNIE BAKER (True Name SARAH THURSON), Appellant.— Judgment of the County Court of Kings county affirming judgment of conviction of the City Magistrate's Court, but modifying the sentence imposed, affirmed. No opinion. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. UMBERTO MAIONE, Appellant, and VINCENZO STILE, Defendant.— Judgment of conviction and order affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MANNING, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNIE G. SHUFFLE, Respondent, v. THE TOWN OF RHINEBECK and Others, Appellants.— The relator's 41st finding of fact is modified to the extent of eliminating the statement of actual damages in a fixed sum, and to provide a finding only that such damages are substantial. Final order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

ANNIE REILLY, Respondent, v. ARTHUR W. CONNABLE, Appellant.— As the record on this trial differs in no substantial way from that on the former trial (See 156 App. Div. 920), the law of this case must be applied as it was on the former appeal (214 N. Y. 586), and the judgment and order are reversed, and the complaint is unanimously dismissed, with costs. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

CHARLES W. TOWNSEND, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present— Thomas, Carr, Stapleton, Mills and Rich, JJ.